UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**YESENIA OLIVERA**

  **Plaintiff,**

v.

             **CASE NO.: 8:19-cv-01795-CEH-TGW**

**W.S. BADCOCK CORPORATION d/b/a**
**BADCOCK HOME FURNITURE & MORE**

  **Defendant.**

___

**UNOPPOSED MOTION TO SUBSTITUTE PROPER DEFENDANT AND MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404**

___

  Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned counsel, respectfully moves the Court for an order substituting the proper Defendant in this action, dismissing the improper Defendant, and transferring the case to the proper venue. In support of this Motion, Plaintiff states as follows:

  1. Plaintiff filed a complaint on July 23, 2019 (Doc. 1) naming W.S. Badcock Corporation d/b/a Badcock Home Furniture & More, as the Defendant.

  2. Through discovery and investigation of the facts of this case, Plaintiff has determined that Badcock Economy Furniture Inc., d/b/a Badcock & More of South Florida is the proper Defendant in this action.

  3. Plaintiff seeks to substitute the proper Defendant, Badcock Economy Furniture Inc., d/b/a Badcock & More of South Florida in place of W.S. Badcock Corporation d/b/a Badcock Home Furniture & More, who should be dismissed from this case.

4.  The proper Defendant, Badcock Economy Furniture Inc., d/b/a Badcock & More of South Florida's corporate entity is located in Palm Beach Gardens, Florida.

5.  Plaintiff resides in Miami, Florida and the violations at issue occurred in Miami, Florida.

6.  Plaintiff respectfully moves this Court to Transfer Venue under 28.U.S.C. § 1404, from the United States District Court, Middle District of Florida, Tampa Division, to the proper venue of United States District Court, Southern District of Florida, Miami Division.

7.  This motion is being filed in good faith and not for delay or frustration of this cause.

8.  The granting of this motion will not prejudice the parties.

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Counsel of record hereby certifies that pursuant to Local Rule 3.01(g) she has conferred with counsel for Defendant, W.S. Badcock Corporation d/b/a Badcock Home Furniture & More, who does not oppose the relief sought.

**WHEREFORE**, Plaintiff respectfully requests this Court enter an order substituting Badcock Economy Furniture Inc., d/b/a Badcock & More of South Florida as the Defendant in this matter in place of W.S. Badcock Corporation d/b/a Badcock Home Furniture & More, dismissing Defendant, W. S. Badcock Corporation d/b/a Badcock Home Furniture & More from this action, and transferring venue Under 28.U.S.C. § 1404, from the United States District Court, Middle District of Florida, Tampa Division, to the United States District Court, Southern District of Florida, Miami Division.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 17, 2019 I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will automatically send electronic notification and a copy of such filing to counsel of record.

Respectfully submitted,

/s/ *Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*